■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SPENCER, Appellant. [816 NYS2d 908]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered May 17, 2005, convicting defendant, after a jury trial, of sale of an imitation controlled substance, criminal mischief in the fourth degree and resisting arrest, and sentencing him to consecutive terms of one year, six months and six months, respectively, unanimously modified, on the law, to the extent of reducing the mandatory surcharge from $250 to $140, and otherwise affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Gaimari*, 176 NY 84, 94 [1903]).

As the People concede, since the convictions were for misdemeanors, the mandatory surcharge should be only $140 (Penal Law § 60.35 [1] [a] [ii]). Concur—Tom, J.P., Mazzarelli, Marlow, Nardelli and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESMIN McBRIDE, Appellant. [816 NYS2d 908]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered April 28, 2005, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentenced him to a term of two years, unanimously affirmed.

The court properly exercised its discretion in denying defendant youthful offender treatment, particularly in light of the seriousness of the underlying crime, as well as defendant's continuing misconduct between the plea and sentencing. Concur—Tom, J.P., Mazzarelli, Marlow, Nardelli and Sweeny, JJ.